```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0092--CV (JKS)
                "CATHERINE A. NEWSHAM ET AL V STATE FARM"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/29/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 04/29/05 receipt # 00125600
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | NEWSHAM, CATHERINE ANN | Peter E. Gruenstein<br>Gruenstein Hickey et al<br>500 L Street, Suite 401<br>Anchorage, AK 99501<br>907-258-4338 |
| PLF 2.1 | NEWSHAM, GEORGE M., ESTATE OF | Peter E. Gruenstein<br>(see above) |
| PLF 3.1 | NEWSHAM, GINNI LOUISE | Peter E. Gruenstein<br>(see above) |
| PLF 4.1 | NEWSHAM, BRENT | Peter E. Gruenstein<br>(see above) |
| DEF 1.1 | STATE FARM MUTUAL AUTOMOBILE INSURANCE CO | James K. Wilkens<br>Bliss Wilkens et al<br>500 L Street, Suite 200<br>Anchorage, AK 99501-3583<br>907-276-2999<br>FAX 907-276-2956 |
| DEF 2.1 | STATE FARM FIRE & CASUALTY CO | James K. Wilkens<br>(see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0092--CV (JKS)
                             "CATHERINE A. NEWSHAM ET AL V STATE FARM"

                                        For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/29/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 04/29/05 receipt # 00125600
          Trial by: Jury


Document #  Filed     Docket text

    1 -  1  04/29/05  DEF 1-2 Notice of Removal from Superior Court 3AN 05-6901CI.

    2 -  1  04/29/05  DEF 1-2 Notice of filing state court record w/att exhs.

    2 -  2  04/29/05  DEF 1-2 Service List.

    2 -  3  04/29/05  PLF 1-4 Jury Demand.

    3 -  1  04/29/05  DEF 1-2 Attorney Appearance of J. Wilkens (Bliss).

    4 -  1  05/03/05  JKS Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                      file w/crt w/i 10 days cpy of state crt docs and svc list. cc: cnsl

    5 -  1  05/09/05  DEF 1-2 rule 12(b) motion to dismiss or stay w/att exh.

    6 -  1  05/10/05  DEF 1-2 Notice of compliance w/crt ord dtd 5/3/05.

    7 -  1  05/26/05  PLF 1-4 opposition to DEF 1-2 rule 12(b) motion to dismiss or stay (5-1)
                      w/att exhs.

    8 -  1  06/03/05  DEF 1-2 reply to opposition to DEF 1-2 rule 12(b) motion to dismiss or
                      stay (5-1) w/att exhs.

    9 -  1  06/06/05  DEF 1-2 Errata to reply to DEF 1-2 rule 12(b) motion to dismiss or stay
                      (5-1)w/att exh.

   10 -  1  08/02/05  JKS Order denying motion to dismiss or stay (5-1). cc: cnsl

   11 -  1  08/09/05  DEF 1-2 motion for reconsideration or clarification of its order dated
                      8/1/05.

   12 -  1  08/17/05  JKS Minute Order re memo & decision & odr in case no. 05-C-381, from the
                      Dist Crt of Schawnee County, Kansas is fld as an att to this odr. cc:
                      cnsl

   13 -  1  09/02/05  DEF 1-2 motion for partial summary judgment (choice of law issues) w/att
                      exhs.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0092--CV (JKS)
                         "CATHERINE A. NEWSHAM ET AL V STATE FARM"

                                     For all filing dates


Document #     Filed       Docket text

   14 -   1    09/02/05    DEF 1-2 Rule 7.1 Disclosure.

   15 -   1    09/15/05    PLF 1-4; DEF 1-2 Stipulation re briefing re def's mot for part SJ.

   15 -   2    09/19/05    JKS Order granting stipulation re briefing re def's mot for part SJ
                           (15-1); plf's oppo & x-mot for part SJ due 10/20; defs oppo & reply due
                           11/14; plf's reply due 11/23. cc: cnsl

   16 -   1    10/05/05    DEF 1-2 Answer to Complaint.

   17 -   1    10/05/05    DEF 1-2 Jury Demand.

   18 -   1    10/06/05    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                           due w/in 28 days from svc of this ord. cc: cnsl

   19 -   1    10/20/05    PLF 1-4 opposition to DEF 1-2 motion for partial summary judgment
                           (choice of law issues) (13-1).

   19 -   2    10/20/05    PLF 1-4 motion for partial summary judgment (choice of law) & memo in
                           support of w/att exhs.

   20 -   1    10/20/05    PLF 1-4 Notice of filing faxed copy of aff of Catherine Ann Newsham as
                           exh 1 to PLF 1-4 motion for partial SJ (choice of law) (19-2).

   21 -   1    10/21/05    PLF 1-4 Errata re: PLF 1-4 motion for partial summary judgment (choice
                           of law) & memo in support of (19-2).

   22 -   1    10/25/05    PLF 1-4 Notice of filing original aff of C. Newsham re: PLF 1-4 motion
                           for partial summary judgment (choice of law) & memo in support of
                           (19-2)w/att aff.

   23 -   1    10/26/05    PLF 1-4; DEF 1-2 Scheduling & Planning Report.

   24 -   1    11/14/05    DEF 1-2 opposition to PLF 1-4 motion for partial summary judgment
                           (choice of law) (19-2).

   24 -   2    11/14/05    DEF 1-2 reply to opposition to DEF 1-2 motion for partial summary
                           judgment (choice of law issues) (13-1).

   25 -   1    11/16/05    JKS Minute Order denying mot for reconsideration or clarification of its
                           ord dated 8/1/05 (11-1). cc: cnsl

   26 -   1    11/23/05    PLF 1-4 reply to opposition to PLF 1-4 motion for partial summary
                           judgment (choice of law) (19-2).
```