Peter Gruenstein
Gruenstein & Hickey
1029 W. 3rd Avenue, Suite 510
Anchorage, AK  99501
(907) 258-4338
(907) 258-4350 (fax)
E-mail:  ghlaw@gci.net
         ghlaw3@gci.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHERINE ANN NEWSHAM, individually and as personal representative of the ESTATE OF GEORGE M. NEWSHAM, deceased, and on behalf of GINNI LOUISE NEWSHAM and BRENT NEWSHAM, minor children,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendants. | Case No. A05-0092CV (TMB)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that the address for the law offices of Gruenstein & Hickey has changed.  All pleadings, orders and other writings may be made upon the undersigned at:

    Gruenstein & Hickey
    Resolution Plaza
    1029 W. 3rd Avenue, Suite 510
    Anchorage, AK  99501

1

The firm's phone number, fax number and e-mail addresses remain unchanged.

DATED at Anchorage, Alaska, this 26th day of January, 2006.

>GRUENSTEIN & HICKEY
>Attorneys for Plaintiffs
>
>By:   s/peterg
>      Peter Gruenstein, #7910079
>      Gruenstein & Hickey
>      1029 W. 3rd Avenue, Suite 510
>      Anchorage, AK  99501
>      Office: (907) 258-4338
>      Fax:    (907) 258-4350
>      E-mail: ghlaw@gci.net

Certificate of Service

I HEREBY CERTIFY that a true and correct
copy of the foregoing was electronically mailed
this 26th day of January, 2006, on James K. Wilkens, Esq.

s/peterg