James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE


| | |
|---|---|
| CATHERINE ANN NEWSHAM, individually and as personal representative of the ESTATE OF GEORGE M. NEWSHAM, deceased, and on behalf of GINNI LOUISE NEWSHAM and BRENT NEWSHAM, minor children, Plaintiffs, vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, Defendants. | Case No. 3:05-CV-092-JKS  **STATE FARM'S RESPONSE TO COURT'S RULING DATED JANUARY 19, 2006** |

In the Court's Order dated January 19, 2006, the Court outlined its tentative ruling on the pending cross-motions for partial summary judgment. The Court allowed the parties until January 30 to file any additional briefing in response to the Court's tentative ruling. In response to the Court Order, State Farm advises the Court State Farm does not wish to submit any

additional briefing at this time. However, State Farm requests and reserves the opportunity to respond to any additional briefing submitted by Plaintiff.

DATED at Anchorage, Alaska, this 30th day of January, 2006.

BLISS, WILKENS & CLAYTON
Counsel for Defendants


By:   s/James K. Wilkens
      500 L Street, Suite 200
      Anchorage, AK  99501
      Phone:   (907) 276-2999
      Fax:     (907) 276-2956
      E-mail:  jkw@bwclawyers.com
      ABA No.: 8408071


**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day
of January, 2006, a copy of the foregoing
document was served electronically on:

Peter Gruenstein

s/James K. Wilkens


N:\JAW\957-270\PLDNGS\ORDER.RESPONSE.DOC