James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CATHERINE ANN NEWSHAM, individually and as personal representative of the ESTATE OF GEORGE M. NEWSHAM, deceased, and on behalf of GINNI LOUISE NEWSHAM and BRENT NEWSHAM, minor children, <br><br>          Plaintiffs, <br><br>     vs. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, <br><br>          Defendants. | Case No. 3:05-cv-92-JKS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the parties hereto, through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims that were or could have been brought in the captioned matter by Plaintiff against Defendants be dismissed with prejudice, each party to bear its own costs and attorney's fees, on the ground and

for the reason that all issues raised herein have been fully compromised and settled.

                                             BLISS, WILKENS & CLAYTON
                                             Counsel for Defendants

DATED: April 17, 2006        By:  <u>s/James K. Wilkens</u>
                                             500 L Street, Suite 200
                                             Anchorage, AK  99501
                                             Phone:   (907) 276-2999
                                             Fax:     (907) 276-2956
                                             E-mail: jkw@bwclawyers.com
                                             ABA No.: 8408071

                                             GRUENSTEIN & HICKEY
                                             Counsel for Plaintiff

DATED: April 17, 2006        By:  <u>s/Peter Gruenstein (consent)</u>
                                             1029 W. 3rd Ave., Suite 510
                                             Anchorage, AK  99501
                                             Phone:   (907) 258-4338
                                             Fax:     (907) 258-4350
                                             E-mail: <u>ghlaw@gci.net</u>
                                             ABA No.: 7910079

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of April, 2006, a copy of the foregoing document was served electronically on:

Peter Gruenstein

<u>s/James K. Wilkens</u>

N:\JAW\957-270\PLDNGS\DISMISS.STIP.DOC