IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHERINE ANN NEWSHAM, individually and as personal representative of the ESTATE OF GEORGE M. NEWSHAM, deceased, and on behalf of GINNI LOUISE NEWSHAM and BRENT NEWSHAM, minor children, Plaintiffs, vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, Defendants. | Case No. 3:05-cv-92-JKS **ORDER OF DISMISSAL WITH PREJUDICE** |

This Court, having considered the parties' Stipulation for Dismissal with Prejudice, and being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

DATED at Anchorage, Alaska, this 24th day of April 2006.

　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE